Check Number 115 Dated 10/08/10
Case Number 08-33890 - FONG MEDICAL CLINIC PA

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| NORTHERN STATES POWER CO<br>DBA XCEL ENERGY<br>3215 COMMERCE ST<br>LA CROSSE WI 54603<br>   FINAL DISTRIBUTION<br>   8947 | 000004 | 423.35 | 0.84 |
| QWEST CORPORATION<br>1801 CALIFORNIA ST RM 900<br>DENVER CO 80202<br>   FINAL DISTRIBUTION<br>   9988 | 000005 | 1,115.59 | 2.20 |
| STAR TRIBUNE<br>ATTN CREDIT MANAGER<br>425 PORTLAND AVE<br>MPLS MN 55488<br>   FINAL DISTRIBUTION<br>   5898 | 000006 | 1,415.84 | 2.79 |
| LARSON ALLEN LLP<br>220 S SIXTH ST STE 300<br>MINNEAPOLIS MN 55402-1436<br>   FINAL DISTRIBUTION<br>   8670 | 000011 | 855.00 | 1.69 |
| ---------- Remittance Total ---------- | | 3,809.78 | 7.52 |

John A. Hedback, Trustee